IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GRACIE ANN DUARTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:12-CV-001 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO DISMISS

On April 24, 2012, plaintiff GRACIE ANN DUARTE filed a Motion to Dismiss, advising the Court she no longer wishes to pursue this claim. On April 26, 2012, the United States Magistrate Judge issued a Report and Recommendation, recommending therein plaintiff's motion be granted. As of this date, no objections to the Report and Recommendation have been filed.

Accordingly, the Report and Recommendation is ADOPTED, plaintiff's Motion to Dismiss is GRANTED, and all claims asserted by plaintiff in her original complaint are DISMISSED.

IT IS SO ORDERED.

ENTERED this 14th day of May 2012.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE